LODGED

2024 APR -5 AM 10: 48

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ TV

1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JENA A. MACCABE (Cal. Bar No. 316637)
4  DEREK R. FLORES (Cal. Bar No. 304499)
   Assistant United States Attorneys
5  Violent and Organized Crime Section
        1300 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-5046/4896
        Facsimile: (213) 894-0141
8       E-mail:    jena.maccabe@usdoj.gov
                   derek.flores@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

04/05/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CLD____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-mj-01584-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER UNSEALING COMPLAINT |
| v. | |
| JOSE SALUD MEDINA, aka "GORDO," MARIA ALEJANDRA MEDINA, and MARIO ALEJANDRO MEDINA, | |
| Defendants. | |

The government's ex parte application for unsealing is GRANTED.

//

//

The complaint shall be unsealed. The government may produce the documents as permitted or required by applicable law.

IT IS SO ORDERED.

____4/5/24____  
DATE

_____  
UNITED STATES MAGISTRATE JUDGE

Presented by:

___/s/_____  
JENA A. MACCABE  
DEREK R. FLORES  
Assistant United States Attorneys